## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil Action No. 5:16-cv-00016 |
| v. | ) |
| | ) By: Michael F. Urbanski |
| BRIAN SHANK, | ) United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate

Judge, pursuant to 28 U.S.C. § 636(b)(3), for the purpose of conducting a plea hearing and a

plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure and preparing

proposed findings of fact and a recommendation as to the acceptance of such plea as

tendered. The Magistrate Judge filed a Report and Recommendation, ECF No. 13, on

December 7, 2016, recommending that defendant's plea of guilty to Count 1 of the

Information be accepted. No objections to the Report and Recommendation have been

filed, and the court is of the opinion that the report and recommendation should be adopted

in its entirety.

Accordingly, it is **ORDERED** that said report and the findings and recommendation

contained therein are hereby **ACCEPTED IN WHOLE**, defendant's plea of guilty to

Count 1 of the Information is **ACCEPTED**, and defendant is adjudged **GUILTY** as to

Count 1 of the Information.

It is **SO ORDERED**.

The Clerk of Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered: *1- 9 - 2017*

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge